AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>TERRELL DONTA MCDANIEL, | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:22 MJ 6271 PLC

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  _____ November 3, 2022 _____  in the county of  _____ City of St. Louis _____  in the

_____ Eastern _____ District of  _____ Missouri _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924 (c) and (j) | CT. 1- Using a firearm in furtherance of a drug trafficking crime and in the course thereof causing the death of a person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

/S/ David Rudolph, FBI TFO

*Complainant's signature*

David Rudolph, Task Force Officer, FBI

*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  _____ 12/07/2022 _____

Patricia L. Cohen

*Judge's signature*

City and state:  _____ St. Louis, Missouri _____

Honorable Patricia L. Cohen , U.S. Magistrate Judge

*Printed name and title*