UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 MJ 6271M-001 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL D. MCDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF DETENTION HEARING

COMES NOW Defendant by Law Office of Lenny Kagan, and respectfully waives his right to a detention hearing in this matter.   Counsel and Defendant have spoken about this issue and discussed the outstanding warrants from the State of Washington and from St Louis City in case number 0822-CR00647.    In the event those matters get cleared up, Counsel may file for a reconsideration of the detention in this matter.

Respectfully Submitted,

    /s/ Lenny Kagan
Lenny Kagan, #52284MO
7911 Forsyth Blvd., Suite 300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 (fax)
Attorney for Defendant
Lgkagan@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 23rd day of December 2022 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.


 /s/ Lenny Kagan
Lenny Kagan, #52284MO