UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:22 MJ 6271 PLC |
| ) | |
| v. ) | |
| ) | |
| TERRELL DONTA McDANIEL, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER
## ORDER VACATING DETENTION HEARING
## AND
## ORDER SETTING STATUS HEARING ON INDICTMENT

On December 21, 2022, defendant TERRELL DONTA McDANIEL came before the Court with counsel for an initial appearance, under Federal Rule of Criminal Procedure 5, on the complaint filed in this case. During these proceedings defendant orally waived his right to a preliminary examination on the complaint; a detention hearing on motion of the United States was set for December 28, 2022; and a status hearing regarding any potential indictment was set for January 6, 2023, at 10:00 a.m. before the undersigned. (Doc. 8.)

Now before the Court is the voluntary, documentary waiver of defendant McDaniel through counsel of a detention hearing, knowing that a detention order would be issued. However the waiver document saves the opportunity to seek reconsideration of the detention order, if the relevant circumstances change. (Doc. 17.)

Therefore,

**IT IS HEREBY ORDERED** that the detention hearing set for December 28, 2022, is **VACATED.**

**IT IS FURTHER ORDERED** that the motion of the United States that defendant TERRELL DONTA McDANIEL be detained **[Doc. 4] is sustained.** Defendant is committed to the custody of the United States Marshals Service until further order.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FURTHER ORDERED** that a status conference of the Court with counsel for all parties is **set before the undersigned on January 6, 2023, at 10:00 a.m.,** on the pendency of any indictment filed against defendant McDaniel.

      /s/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on December 27, 2022.